IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE V. WILLIAMS, SR.,<br>**Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-2110 |
| | : | |
| PHILA. DEPT OF PRISONS, *et al.*,<br>**Defendants.** | : | |

## ORDER

AND NOW, this 24th day of May 2018, upon considering Plaintiff's Motion for leave to proceed in *forma pauperis* (ECF Doc. No. 1), his Prisoner Trust Fund Account Statement (ECF Doc. No. 3), his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. Mr. Williams, #850983, shall pay the full filing fee of $350.00 in installments under 28 U.S.C. § 1915(b). We assess an initial partial filing fee of $10.07 based on his financial information. The appropriate official at the Cambria Correctional Center or at any other prison at which Mr. Williams may be incarcerated is directed to deduct $10.07 from his inmate trust fund account, when such funds become available, and forward this payment to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-2110. After the initial partial filing fee is collected and until the full filing fee is paid, the appropriate official at the Cambria Correctional Center or at any other prison incarcerating Mr. Williams, shall deduct from his account, each time his inmate trust fund account exceeds $10, an amount no greater

than 20 percent (20%) of the money credited to his account during the preceding month and forward this amount to the Clerk of Court to be credited to Civil Action No. 18-2110.

3. The Clerk of Court shall send a copy of this Order to the appropriate official at the Cambria Correctional Center.

4. We **DISMISS** the Complaint **without prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

5. We grant Mr. Williams **leave to file an amended complaint no later than June 29, 2018** naming the person or persons responsible for the alleged violations of his rights or a proper legal entity subject to suit under § 1983. An amended complaint must identify the defendants in the caption in addition to the body, and shall state the basis for Mr. Williams' claims against each defendant. If Mr. Williams does not know the identity of an individual responsible, he may refer to them as Jane or John Doe. Upon filing an amended complaint, the Clerk of Court shall not make service until **ORDERED**.

6. The Clerk of Court shall send to Mr. Williams a blank copy of this Court's current form to be used by a prisoner filing a civil rights action bearing the above-captioned civil action number.

7. If Mr. Williams fails to timely file an amended complaint, we may dismiss his case for failure to prosecute without further notice.

_____
KEARNEY, J.