IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE V. WILLIAMS, SR., <br> **Plaintiff,** | : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : | **NO. 18-2110** |
| PHILA. DEPT OF PRISONS, *et al.*, <br> **Defendants.** | : <br> : | |

## ORDER

**AND NOW**, this 28th day of June 2018, upon considering Plaintiff's Amended Complaint (ECF Doc. No. 7) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Clerk of Court shall **amend the caption** to reflect the named Defendants are: (1) C/O Johnson; (2) C/O John Doe; (3) Director of Medical John Doe; and (4) Correction Officer/Unit Manager Sgt. John Doe;

2. The Amended Complaint (ECF Doc. No. 7) is **DISMISSED without prejudice** for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii);

3. We **grant** Mr. Williams leave to file a second amended complaint **no later than July 31, 2018** naming the person or persons responsible for the alleged violations of his rights, or a proper legal entity subject to suit under 42 U.S.C. § 1983. A second amended complaint must identify the defendants in the caption in addition to the body of the second amended complaint, and shall specify the basis for Mr. Williams's claims against each defendant. If Mr. Williams does not know the identity of the responsible individuals, he may identify each one as Jane or John Doe, but he must still plead how each John or Jane Doe allegedly violated his civil rights;

4. Upon the filing of a second amended complaint, the Clerk of Court shall not make service absent further Order;

5. The Clerk of Court shall send Mr. Williams a blank copy of this Court's current form to be used by a prisoner filing a civil rights action bearing the above-captioned civil action number. Mr. Williams may use this form to file his second amended complaint; and,

6. If Mr. Williams fails to timely file a second amended complaint, we may dismiss his case for failure to prosecute without further notice.

_____
KEARNEY, J.