IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE V. WILLIAMS, SR.<br>　Plaintiff,<br>　　　v.<br><br>C/O JOHNSON, WARDEN CLARK,<br>C/O JOHN DOE, NURSE JANE DOE,<br>DR. JANE/JOHN DOE, UNIT<br>MANAGERS SGTS JOHN AND/OR<br>JANE DOE<br>　Defendants. | : CIVIL ACTION<br>:<br>: NO. 18-2110<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 29th day of October 2018, upon considering Warden Clark's Motion to dismiss the second amended Complaint (ECF Doc. No. 14), with no opposition, following our May 24, 2018 and June 29, 2018 Orders (ECF Doc. Nos. 6, 9) dismissing earlier versions of Plaintiff's claims, and for reasons in the accompanying memorandum, it is **ORDERED** Warden Clark's Motion (ECF Doc. No. 14) is **GRANTED** and Plaintiff's claims against Warden Clark are **DISMISSED with prejudice**.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KEARNEY, J.